**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| RONALD LEE EGGER, | ) | Case No: 4:04CV3314 |
| | ) | |
| Petitioner, | ) | **ORDER DIRECTING CLERK** |
| | ) | **TO RETURN STATE COURT** |
| v. | ) | **RECORDS** |
| | ) | |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments to filing No. 17 be

returned to attorney George Love for appropriate disposition. The state court records may be

picked up in Lincoln, Nebraska.

DATED this 28th day of June, 2006.

BY THE COURT

s/Joseph F. Bataillon
Joseph F. Bataillon
United States District Court Judge